MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NEUMANN     v. U.S.A.                                          No. 06CV864-H(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ        Rptr. _____

                            Attorneys
    Plaintiffs                                           Defendants

The Parties' Corrected Second Joint Motion to Continue Discovery Dates is GRANTED. (Doc. 18). The deadline to exchange economist expert witness reports is continued to July 30, 2007. Supplemental reports shall be exchanged by August 6, 2007.

  x    Copies to: Counsel of Record            ____ Notified by Telephone

DATED: July 11, 2007

                                                Hon. Leo S. Papas
                                                U.S. Magistrate Judge